FILED
JAMES J. VILT, JR. - CLERK

MAR 13 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

v.

**ROGER DALE MULLINS**

INDICTMENT

NO. 1:24-cr-11-GNS

21 U.S.C. § 846
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(i)
21 U.S.C. § 841(b)(1)(B)(ii)
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)
18 U.S.C. § 1956(a)(2)
18 U.S.C. § 1956(b)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
18 U.S.C. § 928
18 U.S.C. § 982(a)(1)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

### COUNT 1
*(Conspiracy to Possess with Intent to Distribute Controlled Substances)*

Beginning on a date unknown to the Grand Jury, but at least as early as on or about January, 2023, and continuing up to and through on or about February 9, 2024, in the Western District of Kentucky, Casey County, Kentucky, and elsewhere, the defendant, **ROGER DALE MULLINS**, knowingly conspired with other persons, known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute controlled substances to include: one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance as defined in Title 21, United States Code, Section 812; five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance as defined in Title 21, United States Code, Section 812; and five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812, in violation of Title 21 United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Sections 846, 841(b)(1)(A)(i), 841(b)(1)(A)(viii) and (b)(1)(B)(ii).

The Grand Jury further charges:

## COUNT 2
*(Possession with Intent to Distribute Heroin)*

On or about February 9, 2024, in the Western District of Kentucky, Casey County, Kentucky, the defendant, **ROGER DALE MULLINS**, knowingly and intentionally possessed with intent to distribute one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

The Grand Jury further charges:

## COUNT 3
*(Possession with Intent to Distribute Methamphetamine)*

On or about February 9, 2024, in the Western District of Kentucky, Casey County, Kentucky, the defendant, **ROGER DALE MULLINS**, knowingly and intentionally possessed with intent to distribute five hundred (500) grams or more of a mixture and substance containing

a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

The Grand Jury further charges:

## COUNT 4
*(Possession with Intent to Distribute Cocaine)*

On or about February 9, 2024, in the Western District of Kentucky, Casey County, Kentucky, the defendant, **ROGER DALE MULLINS**, knowingly and intentionally possessed with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

The Grand Jury further charges:

## COUNT 5
*(Money Laundering Conspiracy)*

Beginning on a date unknown to the Grand Jury, but at least as early as on or about January, 2023, and continuing up to and through on or about February 9, 2024, in the Western District of Kentucky, Casey County, Kentucky, and elsewhere, the defendant, **ROGER DALE MULLINS**, knowingly conspired and agreed with other persons, known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is, to knowingly conduct financial transactions affecting interstate commerce and to transport, transmit, and transfer a monetary instrument or funds from a place inside the United

States to a place outside of the United States which involved cash proceeds from an unlawful activity, that is, distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a), with the intent to promote the carrying on of that unlawful activity and to conceal and disguise the nature, location, source, ownership and control of the proceeds from the unlawful activity.

In violation of Title 18, United States Code, Sections 1956(h), 1956(a)(1), 1956(a)(2), and 1956(b).

The Grand Jury further charges:

## COUNT 6
*(Possession of a Firearm by a Prohibited Person-Felon)*

On or about February 9, 2024, in the Western District of Kentucky, Casey County, Kentucky, the defendant, **ROGER DALE MULLINS**, knowingly possessed, in and affecting commerce, a firearm, that is, a Browning Arms, model Hi Power, nine (9) millimeter, handgun bearing serial number T281181 and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about April 26, 1978, in Fayette Circuit Court, Fayette County, Kentucky, in Case Number 78-CR-00047, **ROGER DALE MULLINS**, was convicted of Burglary, First Degree and Rape, First Degree, each a felony; and

> On or about December 19, 1986, in the United States District Court for Eastern District of Kentucky, Lexington Division, Fayette County, Kentucky, in Case Number 86-23-S, **ROGER DALE MULLINS**, was convicted of Possession with Intent to Distribute Cocaine, Possession of an Unregistered Sawed-off Shotgun, and Possession of Firearms in Interstate Commerce by a Convicted Felon, each a felony.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **ROGER DALE MULLINS**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained, directly or indirectly, as a result of said offenses, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment, and any property involved in or traceable thereto, including, but not limited to: the real property located on or about 618 Brinson Place, Waynesburg, KY 40489, as recorded by the Casey County Clerk's Office in Deed Book 315 pages 450-452 on March 26, 2018; and the seventy-four (74) acre tract or parcel of land located in Casey County Kentucky as recorded by the Casey County Clerk's Office in Deed Book 336 page 703-706 on December 15, 2021; $144,300.00 United States currency; a Browning Arms, model Hi Power, nine (9) millimeter, handgun bearing serial number T281181; and ammunition.

As a result of committing an offense in violation of Title 18, United States Code, Section 922(g)(1), as alleged in this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **ROGER DALE MULLINS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses including, but not limited to: a Browning Arms, model Hi Power, nine (9) millimeter, handgun bearing serial number T281181; and ammunition.

As a result of committing any offense in violation of Title 18, United States Code, Section 1956, the defendant, **ROGER DALE MULLINS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property involved in the offense or traceable thereto, including but not limited to the real property located on or about 618 Brinson Place, Waynesburg, KY 40489, as recorded by the Casey County Clerk's Office in Deed Book 315 pages 450-452 on March 26, 2018; and the seventy-four (74) acre tract or parcel of land located in Casey County Kentucky as recorded by the Casey County Clerk's Office in Deed Book 336 page 703-706 on December 15, 2021.

A TRUE BILL

REDACTED

FOREPERSON

*(signature)*
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:MAC-03-13-2024

UNITED STATES OF AMERICA v. **ROGER DALE MULLINS**

## PENALTIES

| | |
|---|---|
| Count 1: | (Heroin/Methamphetamine) NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./Up to Life on Supervised Release |
| | (Cocaine) NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs./Up to on Life Supervised Release |
| Counts 2-3: | NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./Up to Life on Supervised Release (each Count) |
| Count 4: | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs./Up to on Life Supervised Release |
| Count 5: | NM 20 yrs./$500,000/both/ NM 5 yrs. Supervised Release |
| Count 6: | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Forfeiture | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor: $ 25 per count/individual     Felony: $100 per count/individual
$125 per count/other                                      $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.