IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

FILED
JAMES J. VILT, JR. - CLERK
MAY 29 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| PLAINTIFF | ) Criminal Action No. 1:24cr-00011-GNS |
| v. | ) CHIEF JUDGE GREG N. STIVERS |
| ROGER DALE MULLINS | ) |
| DEFENDANT | ) |

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142; I fully understand that right, and I hereby **WAIVE** my right to a detention hearing, at this time, but reserve my right to petition the Court for a detention hearing at a later date.

This 29th day of May, 2024.

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT